1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   KENNETH GERMAIN,                          1:18-cv-01597 GSA (PC)

12                    Plaintiff,

13         v.                                   ORDER TRANSFERRING CASE TO THE
                                                SACRAMENTO DIVISION OF THE
14   J. JANAM, et al.,                          EASTERN DISTRICT OF CALIFORNIA

15                    Defendants.

16

17

18

19          Plaintiff, a state prisoner proceeding *pro se*, has filed a civil rights action pursuant to 42

20   U.S.C. § 1983, together with a request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

21          In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged

22   violations took place in Amador County, which is part of the Sacramento Division of the United

23   States District Court for the Eastern District of California. Therefore, the complaint should have

24   been filed in the Sacramento Division.

25          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

26   court may, on the court's own motion, be transferred to the proper court. Therefore, this action will

27   be transferred to the Sacramento Division. This court will not rule on plaintiff's request to proceed

28   *in forma pauperis*.

                                                   1

Based on the foregoing and good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

3. This court has not ruled on plaintiff's request to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   **November 26, 2018**        **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE