1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      KENNETH GERMAIN,                            No.  2:18-cv-3041 JAM DB P

12                        Plaintiff,

13            v.                                     ORDER

14      J. JANAM, et al.,

15                        Defendants.

16

17           Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

18      U.S.C. § 1983.  Plaintiff claims defendants violated his rights by harassing him and filing false

19      disciplinary reports, which resulted in the loss of good time credits and other privileges. The

20      matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and

21      Local Rule 302.

22           On December 28, 2018, the magistrate judge filed findings and recommendations herein

23      which were served on plaintiff and which contained notice to plaintiff that any objections to the

24      findings and recommendations were to be filed within fourteen days.  (ECF No. 11.)  Plaintiff has

25      not filed objections to the findings and recommendations.

26           The court has reviewed the file and finds the findings and recommendations to be

27      supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

28      ORDERED that:

                                                     1

1.  The findings and recommendations filed December 28, 2018, are adopted in full;

2.  Plaintiff's motion for injunctive relief (ECF No. 7) is denied; and

3.  The California Department of Corrections and Rehabilitation is dismissed as a defendant.

DATED:  February 7, 2019

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE