UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GERMAIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. JANAM, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-3041 JAM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants violated his rights by harassing him and filing false disciplinary reports, which resulted in the loss of good time credits and other privileges. Presently before the court is defendant's motion to modify the discovery and scheduling order. (ECF No. 36.) Counsel for defendants requests an extension of the dispositive motion deadline because he has been unable to draft a dispositive motion due to deadlines in other cases. Good cause appearing the court will grant the motion to modify the discovery and scheduling order.

////

////

////

////

////

1

IT IS HEREBY ORDERED that:

1. Defendant's motion to modify the discovery and scheduling order (ECF No. 36) is granted;

2. Any dispositive motions shall be filed on or before March 15, 2020.

Dated: February 10, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner/Civil.Rights/germ3041.eot