UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GERMAIN,<br><br>        Plaintiff,<br><br>   v.<br><br>J. JANAM, et al.,<br><br>        Defendants. | No. 2:18-cv-3041 DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants violated his rights by harassing him and filing false disciplinary reports, which resulted in the loss of good time credits and other privileges. Presently before the court is defendants' motion requesting a fifteen-day extension of time. (ECF No. 38.)

Defendants have submitted a second request to extend the dispositive motion deadline. Counsel for defendants stated that the motion for summary judgment is substantially drafted, but they are waiting on a necessary signed declaration. Good cause appearing the court will grant the motion.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that defendants motion for an extension of time (ECF No. 38) is granted. Defendants shall file their motion for summary judgment on or before April 30, 2020.

Dated: March 24, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Civil.Rights/germ3041.eot(2)