UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GERMAIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. JANAM, et al.,<br><br>　　　　Defendants. | No.  2:18-cv-3041 DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff claims defendant violated his rights by harassing him and filing false disciplinary reports.

Defendant filed a motion for summary judgment on April 30, 2020.  (ECF No. 40.)  The time for filing an opposition to the summary judgment has passed and plaintiff has not filed an opposition or requested additional time to file an opposition.  The court notes that since the defendant filed a motion for summary judgment plaintiff filed a notice of change of address.  (ECF No. 42.)  Upon review of plaintiff's filing it appears that he is no longer incarcerated.  Because it is not apparent from the record that plaintiff is aware defendant filed a motion for summary judgment, the court will direct defendant to reserve the motion on plaintiff at his new address and notify the court when the motion has been reserved.  Plaintiff's opposition or

////

1

statement of non-opposition shall be due forty-five days after defendant's notice is filed on the docket.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days of the date of this order defendant shall:
    a. reserve the motion for summary judgment on plaintiff at his new address; and
    b. notify the court when the motion has been reserved.
2. Plaintiff's opposition or statement of non-opposition shall be due forty-five days after the date defendant files the notice on the docket.

Dated: July 30, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Civi.Rights/germ3041.osc