UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GERMAIN,<br><br>    Plaintiff,<br><br>    v.<br><br>J. JANAM, et al.,<br><br>    Defendants. | No. 2:18-cv-3041 JAM DB P<br><br><br>ORDER TO SHOW CAUSE |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants violated his rights by harassing him and filing false disciplinary reports, which resulted in the loss of good time credits and other privileges.

On April 30, 2020, defendants filed a motion for summary judgment pursuant to Rules 12(b)(6) and 56 of the Federal Rules of Civil Procedure. (ECF No. 40.) Plaintiff has not filed an opposition to the motion. On June 1, 2020 plaintiff filed a notice of change of address. Accordingly, the court directed defendants to reserve their summary judgment motion and indicate when they had complied with the court's order. (ECF No. 43.) Defendants filed their notice of compliance on August 7, 2020. (ECF No. 44.) The time for filing an opposition has passed, and plaintiff has not filed an opposition or sought additional time to file an opposition.

Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

the granting of the motion . . . ." Accordingly, the court will direct plaintiff to show cause in writing why defendants' summary judgment motion should not be granted.

For the foregoing reasons, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall either file an opposition to defendants motion for summary judgment or show cause in writing why this case should not be dismissed for failure to file an opposition to the summary judgment motion. Failure to comply with this order may result in a recommendation that this action be dismissed.

Dated:  December 28, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner/Civil.Rights/germ3041.osc

2